IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF KANSAS

**ANTHONY LEROY DAVIS,**

                **Petitioner,**

v.                                                        **CASE NO. 23-3120-JWL**

**DANIEL L. SCHNURR,**

                **Respondent.**

## MEMORANDUM AND ORDER

This matter is a pro se petition for writ of habeas corpus under 28 U.S.C. § 2241 filed by Petitioner and state prisoner Anthony Leroy Davis. On June 9, 2023, the Court issued a Notice and Order to Show Cause (NOSC) that explained that the petition was subject to dismissal for failure to state a viable claim for relief that could be properly pursued under § 2241. (Doc. 6.) After Petitioner responded (Doc. 7), the Court dismissed this matter without prejudice. (Doc. 8.) Petitioner has now filed a "Stipulation Notice and Motion for Leave to File a Voluntary Dismissal of Cases." (Doc. 12.) This matter was dismissed on June 13, 2023 and remains closed. No further action will be taken on Petitioner's stipulation.

**IT IS THEREFORE ORDERED** that the Court will take no further action on the stipulation. (Doc. 12). The case remains closed.

**IT IS SO ORDERED.**

DATED: This 18th day of July, 2023, at Kansas City, Kansas.

                                                    S/ John W. Lungstrum

                                                    JOHN W. LUNGSTRUM
                                                    United States District Judge